THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GENO MANTANI, Appellant.

*People* v. *Mantani,* 163 App. Div. 958, affirmed.
(Argued March 1, 1916; decided April 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1914, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Louis S. Carpenter* and *Leonard F. Fish* for appellant.

*Edward Swann, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed: no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Not sitting: SEABURY, J.

---

JOSEPH G. CUSHMAN, Appellant, *v.* GEORGE D. COOK et al., Respondents.

Reported below, 171 App. Div. 908.
(Argued April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1915, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for alleged false representations.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence supporting the verdict and that the exceptions were frivolous and presented no question for review.

*Robert B. Honeyman* for motion.

*Stuart M. Kohn* opposed.

Motion denied, with ten dollars costs.